Lindsey Wagner, Esq. (CBN 309808)
lwagner@scottlawteam.com
Cathleen Scott, Esq. (FBN 135331)
Cscott@scottlawteam.com
Gabriel Roberts, Esq. (FBN 1018435)
Groberts@scottlawteam.com
**Scott Law Team, LLC**
Jupiter Gardens
250 South Central Boulevard, Suite 104
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
**California Office:**
674 County Square Dr., Ste #305
Ventura, CA 93003
Telephone: (561)653-0008
*Counsel for Plaintiffs*

[Additional counsel on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA RENATI,<br><br>          Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., N/K/A WAL-MART, INC.<br><br>          Defendant.<br>_____/ | **Case Number: 20-cv-00273-CRB; 3:20-cv-00286-CRB; 3:20-cv-00290-CRB and 3:20-cv-00291-CRB**<br><br>**JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

Scott A. Forman [*Pro Hac Vice*]
sforman@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center, 333 SE 2nd Avenue
Suite 2700
Miami, Florida  33131
Telephone:    305.400.7500
Facsimile:    305.675.8497

Kara L. Jassy, Bar No. 198846
kjassy@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California  90071
Telephone:    213.443.4300
Fax No.:      213.443.4299

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, California  95814
Telephone:    916.830.7200
Fax No.:      916.561.0828

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A, Plaintiffs CLAUDIA RENATI, JENNIFER SEELY, CHERYL STOUT, and DARLA HARPER ("Plaintiffs"), and Defendant WAL-MART STORES, INC., n/k/a WALMART INC. by and through their undersigned counsel stipulate to the dismissal of this instant action, in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

January 21, 2025   SCOTT LAW TEAM, LLC

s/ *Cathleen Scott*
Counsel for Plaintiffs

January 21, 2025   LITTLER MENDELSON, P.C

/s/ *Barbara A. Blackburn*
Counsel for Defendant Walmart Inc.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated   January 22  , 2025

THE HONORABLE CHARLES R. BREYER
District Court Judge

**ATTESTATION OF FILER**

I, BARBARA A. BLACKBURN, attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Signed this 21st day of January, 2025.

LITTLER MENDELSON, P.C

*/s/ Barbara A. Blackburn*
Counsel for Defendant Walmart Inc.